UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,        :

      - v -                    :   NOTICE OF INTENT TO
                                      FILE AN INFORMATION

AHMED MOHAMMAD GABER,            :

            Defendant.      :

- - - - - - - - - - - - - - - - x

**08 CRIM 691**

Patterson, J.

   Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated: New York, New York
    July 18, 2008

              MICHAEL J. GARCIA
              United States Attorney

      By: _____
         Arianna R. Berg
         Assistant United States Attorney

AGREED AND CONSENTED TO:

      By: _____
         Harvey Fishbein, Esq.
         Attorney for Ahmed Mohammad Gaber