UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA          :

       v.                            :        08 CRIM 691
                                                                            08 Cr.       (RPP)

AHMED MOHAMMED GABER,             :
    a/k/a "Sam,"                  :

         Defendant.             :
                                           :
- - - - - - - - - - - - - - - - X

        The above-named defendant, who is accused of violating Title 18, United States Code, Section 1344, being advised of the nature of the charges and of her rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by Information instead of by Indictment.

                                                          _____
                                                          AHMED MOHAMMED GABER
                                                          Defendant

                                                          _____
                                                          Witness

                                                          _____
                                                          Harvey Fishbein, Esq.
                                                          Counsel for Defendant

*[Stamp: JUDGE PATTERSON]*

Date:  New York, New York
       July___, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 2 8 2008
```

0202